ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DOMINIC COLUCCI and JENNIFER COLUCCI,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC,<br><br>Defendants. | CASE NO. 2:21-cv-00324-APG-BNW<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

Defendants  C.  R.  BARD,  INC.  and  BARD  PERIPHERAL  VASCULAR,  INC.  hereby substitute Eric W. Swanis, Esq. at Greenberg Traurig, LLP as counsel of record in this action in place and stead of Richard B. North, Jr., Esq. at Nelson Mullins Riley & Scarborough, LLP.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135, (702) 792-3773, swanise@gtlaw.com.

/ / /

/ / /

/ / /

/ / /

/ / /

*ACTIVE 55582505v1*

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 4th day of March 2021.

**C. R. BARD, INC.**
Defendant

**BARD PERIPHERAL VASCULAR, INC.**
Defendant

By:  */s/ Candace Camarata*
Its:  Associate General Counsel,
Litigation

By:  */s/ Candace Camarata*
Its:  Associate General Counsel, Litigation

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 4th day of March 2021.

NELSON MULLINS RILEY SCARBOROUGH,
LLP

By:  */s/ Richard B. North, Jr.*
RICHARD B. NORTH, JR. ESQ.
201 17th Street NW, Suite 1700
Atlanta, Georgia  30363
Telephone:  (404) 322-6155

I am duly admitted to practice in this District.  Above substitution accepted.

DATED this 4th day of March 2021.

GREENBERG TRAURIG, LLP

By:  */s/  Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
swanise@gtlaw.com

**Please check one**:  ■ Retained, or  ☐ Appointed by the Court.

**APPROVED:**

**IT IS SO ORDERED**

**DATED:** 5:15 pm, March 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*ACTIVE 55582505v1*