1  ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
2  **GREENBERG TRAURIG, LLP**
3  10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
4  Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
5  Email: swanise@gtlaw.com

6  *Counsel for Defendants*

7

8  ## IN THE UNITED STATES DISTRICT COURT

9  ## FOR THE DISTRICT OF NEVADA

10  | DOMINIC COLUCCI and JENNIFER COLUCCI, | CASE NO. 2:21-cv-00324-APG-BNW |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |
| v. | |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 56009509v3

**IT IS SO STIPULATED.**

DATED this 28th day of July 2021.

| | |
|---|---|
| **FEARS NACHAWATI, PLLC** | **GREENBERG TRAURIG, LLC** |
| /s/ *Mike H. T. Nguyen* | /s/ *Eric W. Swanis* |
| Mike H. T. Nguyen | Eric W. Swanis |
| Nevada Bar No. 12055 | Nevada Bar No. 6840 |
| Email: m_nguyen@thenguyenlaw.com | Email: swanise@gtlaw.com |
| Nguyen & Associates, LLC | 10845 Griffith Peak Drive, Suite 600 |
| 6831 Ponderosa Way | Las Vegas, Nevada 89135 |
| Las Vegas, NV 89118 | Telephone: (702) 792-3773 |
| Tel. 702-999-8888 | |
| | *Counsel for Defendants* |
| /s/ *Kelly Chermack* | |
| Kelly Chermack | |
| *Admitted Pro Hac Vice* | |
| Texas Bar No. 24121361 | |
| Email: kchermack@fnlawfirm.com | |
| 5473 Blair Road | |
| Dallas, TX 75231 | |
| Telephone: (214) 890-0711 | |
| Facsimile: (214) 890-0712 | |
| | |
| *Counsel for Plaintiffs* | |

**IT IS SO ORDERED.**

Dated this 28th of July, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

ACTIVE 56009509v3

2